

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00871-CV

PLAYA VISTA L.P., MORGAN-MULTI FAMILY LLC, AND SCOTT MORGAN,
Appellants

V.

LAKESIDE RE, L.P., GSRE, INC., AND AVI RON,
Appellees

Appeal from the 270th District Court of Harris County.
(Tr. Ct. No. 2014-28663).

This case is an appeal from the order signed by the trial court on September 30, 2014. After due consideration, the Court **grants** the appellants' motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.